fore, still serve a notice of appeal as against the moving party, and . this motion to dismiss is, therefore, denied, with ten dollars costs. . Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.   Motion to dismiss appeal denied, with ten dollars costs.

———

KURT HEYMAN v. HAGOP KEVORKIAN and Others.— Motion denied, without costs.   Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

KEVORKIAN, INC., v. KURT HEYMAN.— Motion denied, without costs, and order of November 12, 1920, resettled.   Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

FAULTLESS FUR MANUFACTURING COMPANY, INC., Appellant, v. 159 WEST 25TH STREET COMPANY, INC., Respondent.— Judgment affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

BYRDIE STONE, Respondent, v. HUBERT W. KLEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

RICHARD MARTIN, Respondent, v. CLAFLINS, INCORPORATED, Appellant. — Orders affirmed, with ten dollars costs and disbursements.   No opinion. . Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

PHILIP LIPPS and Others, Appellants, v. ABRAHAM TANENHAUS and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

UNIVERSAL STEEL EXPORT COMPANY, INC., Respondent, v. N. & G. TAYLOR COMPANY, INC., Appellant.— Order modified as directed in order and as so modified affirmed, without costs.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

MARY E. T. DUNN, Appellant, v. ANNA R. MOORE and Others, Appellants, Impleaded with JOHN J. BRADY, JR., and Others, Respondents, and Others, Defendants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

EDWARD L. CORLIES, Appellant, v. ATLANTIC COAST LINE RAILROAD COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

JAMES J. E. BURKE, Appellant, v. ATLANTIC COAST LINE RAILROAD COMPANY, Respondent. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

JAMES J. E. BURKE, Appellant, v. ATLANTIC COAST LINE RAILROAD COMPANY, Respondent. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

CLARA ELIZABETH MAE MALONE HEINEMAN, as Executrix, etc., of LOUIS